United States District Court
Southern District of Texas
**ENTERED**
December 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JULIO E. LOZA, § § **Plaintiff,** § § VS. § § DEUTSCHE BANK NATIONAL TRUST § COMPANY CONNIE COBB AS A § SUBSTITUTE TRUSTEE and DEUTSCHE § BANK NATIONAL TRUST COMPANY, § AS TRUSTEE FOR MORGAN STANLEY § ABS CAPITAL 1 INC. TRUST 2005-HE7, § MORTGAGE PASS-THROUGH § CERTIFICATES, SERIES 2005-HE7, § § **Defendants.** § | Civil Case No. 7:24-CV-00401 |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the November 20, 2025, Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 32). Judge Medrano made findings and conclusions and recommended that Defendant's First Amended Motion for Sanctions Against Plaintiff, (Dkt. No. 15), be granted, (Dkt. No. 32).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's R&R, (Dkt. No. 32), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's First Amended Motion for Sanctions Against Plaintiff, (Dkt. No. 15), is **GRANTED**;

(3) Plaintiff Julio E. Loza is sanctioned in the amount of $20,000 for violating Rule 11 of the Federal Rules of Civil Procedure; and

(4) Plaintiff Julio E. Loza is **ENJOINED,** from filing any future action related to this lawsuit's subject matter in federal court in Texas, unless first granted leave by the Court.

It is SO ORDERED.

Signed on December 11, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**